UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO. 10-26608-BKC- #291869
PASTORA A. GONZALEZ

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-Miami

AUG 26 2011

FILED_____ RECEIVED_____

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 7.94 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

    Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

    WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

AUG 25 2011

Date: _____

                                          _____
                                          NANCY N. HERKERT
                                          CHAPTER 13 TRUSTEE

Copies to:

PASTORA A. GONZALEZ
4962 NW 168 TERRACE
OPA LOCKA, FL 33055

CHRISTOPHER L CLARK, ESQUIRE
5190 NW 167 STREET
SUITE 100
MIAMI GARDENS, FL 33014

AARON INC
12800 NW 7 AVE
NORTH MIAMI, FL 33168

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.   10-26608-BKC-
PASTORA A. GONZALEZ


                                      CHAPTER 13


PASTORA A. GONZALEZ

4962 NW 168 TERRACE
OPA LOCKA, FL 33055


CHRISTOPHER L CLARK, ESQUIRE
5190 NW 167 STREET
SUITE 100
MIAMI GARDENS, FL 33014

AARON INC                        ---------$            7.94
12800 NW 7 AVE
NORTH MIAMI, FL 33168
                                      UNDELIVERABLE/STALE
                                      CLAIM REGISTER# O

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130